## Benvenutti, Demandante y Apelante, v. Vázquez et al., Demandados y Apelados.

Apelación procedente de la Corte de Distrito de Mayagüez en incidente sobre *memorandum* de costas y desembolsos; moción de desestimación de apelación.

No. 2234.—Resuelto en noviembre 8, 1920.

Desestimación de Apelación—Frivolidad.—Memorandum de Costas—Honorarios de Abogados.—Alegándose como único motivo del recurso de apelación que la corte de distrito no puede por si misma, convirtiéndose en perito, apreciar la razonabilidad de los honorarios de abogado en un *memorandum* de costas, y estando resuelta esta cuestión por el Tribunal Supremo en varios casos, siendo uno de ellos el de *González* v. *Collazo*, 25 D. P. R. 158, es frívola la apelación y debe desestimarse.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. J. Tous Soto.*

Abogados de los apelados: *Sres. Benet & Souffront.*

El Juez Asociado Sr. Aldrey, emitió la opinión del Tribunal.

Uno de los motivos en que se funda la petición para que desestimemos la apelación que se estableció en este pleito es el de ser frívola.

Se trata de un *memorandum* de costas en el que el apelado solicitó que se le concedieran $342.60 por esos conceptos, siendo una de las partidas que la integran la de $300 por honorarios de su abogado. El juez rebajó esta partida a doscientos dólares, siendo la cantidad total por él aprobada la de doscientos diecinueve.

Contra esta resolución es que se ha interpuesto el presente recurso de apelación y, en el alegato presentado por el apelante para sostenerlo, se alega únicamente que la corte inferior no puede apreciar por si misma, convirtiéndose en perito, la razonabilidad de dichos honorarios. Sin embargo, como esta cuestión ha sido considerada y resuelta varias veces por nosotros, *González* v. *Collazo*, 25 D. P. R. 159, y

casos en él citados, creemos que realmente la apelación es frívola y por este motivo debemos desestimarla.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y del Toro.

El Juez Asociado Sr. Hutchison no tomó parte en la resolución de este caso.